AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

BRIDGEWATER ASSOCIATES, LP; and  
BRIDGEWATER ASSOCIATES HOLDINGS, LLC  

*Plaintiff*  
v.   Case No. 3:24-CV-00399-VDO  
JEFFREY GARDNER  
*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRIDGEWATER ASSOCIATES, LP and BRIDGEWATER ASSOCIATES HOLDINGS, LLC

Date:   03/27/2024

*Attorney's signature*

Sara B. Tomezsko (*pro hac vice*)  
*Printed name and bar number*

PAUL HASTINGS LLP  
200 Park Avenue  
New York, New York 10166  
*Address*

saratomezsko@paulhastings.com  
*E-mail address*

(212) 318-6000  
*Telephone number*

(212) 319-4090  
*FAX number*